JUDSON BROWN *v.* COMMISSIONER OF
CORRECTION

The petitioner Judson Brown's petition for certifica-
tion for appeal from the Appellate Court, 92 Conn. App.
382 (AC 24714), is granted, limited to the following
issue:

"Under the circumstances of this case, did the Appel-
late Court properly determine that the petitioner was
not deprived of the effective assistance of counsel?"

The Supreme Court docket number is SC 17626.

*Sheila A. Huddleston,* in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided March 7, 2006